# EXHIBIT 1

Affidavit of Matthew Wilson

EXHIBIT
1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TARAS NYKORIAK,                              :
                                             :
            Plaintiff,                       :
                                             :
      v.                                     :   Case No: 2:15-cv-12956-LJM-DRG
                                             :
GODADDY.COM, INC.,                           :   Honorable Laurie J. Michelson
an Arizona Corporation,                      :   Hon. Magistrate Judge David R. Grand
                                             :
            Defendant.                       :
_____ /

Taras P. Nykoriak                    Robert V. Campedel  (P47828)
Pro Se                               Eckert Seamans Cherin & Mellott LLC
12147 McDougall                      US Steel Tower, 44th Floor
Hamtramck, Michigan  48212           600 Grant Street
Telephone: 313-850-4331              Pittsburgh, PA 15219
taras@nykoriak.org                   Telephone:  412-566-6000
                                     rcampedel@eckertseamans.com

                                     *Attorneys for Defendant*

## **AFFIDAVIT OF MATTHEW WILSON**

Matthew Wilson states as follows:

1.     I am a Development Manager for GoDaddy.com, LLC ("GoDaddy").

2.     I reviewed GoDaddy's business records in relation to the claims asserted in this action by the Plaintiff, Taras Nykoriak.

3.     All GoDaddy customers, including Mr. Nykoriak, who request service from GoDaddy are presented with GoDaddy's Universal Terms of Service ("UTOS") before GoDaddy will provide the requested services.  Customers are under no obligation to agree to the UTOS and thereby receive the services GoDaddy offers.  If a potential customer chooses not to agree to the

UTOS, then the parties never reach an agreement and GoDaddy consequently does not provide the requested services.

4.      On May 4, 2015, Mr. Nykoriak requested services from GoDaddy. At the on-line checkout page, GoDaddy presented Mr. Nykoriak with a link to GoDaddy's UTOS and invited Mr. Nykoriak to check a box in order to agree to the UTOS and, in turn, in order to receive the requested services from GoDaddy. If he had not checked the box to agree to the UTOS, GoDaddy's system would not have processed his order. According to GoDaddy's records and processes, Mr. Nykoriak checked the box to indicate that he expressly agreed to be bound by the UTOS and placed his order, and GoDaddy processed the order.

5.      A copy of the UTOS to which Mr. Nykoriak agreed is attached hereto as Exhibit A.

Matthew Wilson

Sworn to and subscribed before me this 25th day of August, 2015.

Notary Public

Ashley Noelle Hammens
Notary Public
Maricopa County
State of Arizona
My Comm. Exp. 9-30-2017

Notary Commission Expires: 9/30/17

# EXHIBIT A

GoDaddy's Uniform Terms of Service (UTOS)



**EXHIBIT**

# A

## GODADDY
## UNIVERSAL TERMS OF SERVICE AGREEMENT

**April 27, 2015**

**PLEASE READ THIS UNIVERSAL TERMS OF SERVICE AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

### 1. OVERVIEW

This Universal Terms of Service Agreement (this "Agreement") is entered into by and between GoDaddy.com, LLC, a Delaware limited liability company ("GoDaddy") and you, and is made effective as of the date of your use of this website ("Site") or the date of electronic acceptance. This Agreement sets forth the general terms and conditions of your use of the Site and the products and services purchased or accessed through this Site (individually and collectively, the "Services"), and is in addition to (not in lieu of) any specific terms and conditions that apply to the particular Services.

Whether you are simply browsing or using this Site or purchase Services, your use of this Site and your electronic acceptance of this Agreement signifies that you have read, understand, acknowledge and agree to be bound by this Agreement, along with the following policies and the applicable product agreements, which are incorporated herein by reference:

Agreements

| | | |
|---|---|---|
| Auctions Membership Agreement | CashParking® Service Agreement | Change of Registrant Agreement |
| Direct Affiliate Program Agreement | Domain Buy Service Agreement | Domain Name Appraisal Agreement |
| Domain Name Proxy Agreement | Domain Name Registration Agreement | Domain Name Transfer Agreement |
| Hosting Agreement | Marketing Applications Agreement | Online Bookkeeping Service Agreement |
| Professional Design Agreement | Pro Service Agreement | Online Store/Quick Shopping Cart |
| Reseller Agreement | Professional Web Services Agreement | Website Builder Service Agreement |
| Website Protection Agreement | Workspace Service Agreement | Get Found Service Agreement |
| Microsoft Office Terms of Use | Email Marketing Service Agreement | |

Policies

| | | |
|---|---|---|
| Privacy Policy | Subpoena Policy Attorney Tips | Dispute on Transfer Away Form |

Universal Terms of Service Agreement

| Uniform Domain Name Dispute Resolution Policy | ICANN Registrant Rights and Responsibilites | ICANN Registrar Transfer Dispute Resolution Policy |
|---|---|---|
| Trademark Copyright Infringement | Brand Guidelines and Permissions | Patent Notice |

The terms "we", "us" or "our" shall refer to GoDaddy.  The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement, has access to your account or uses the Services.  Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

GoDaddy may, in its sole and absolute discretion, change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site.  Your use of this Site or the Services after such changes or modifications have been made shall constitute your acceptance of this Agreement as last revised.  If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services.  In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email.  It is therefore very important that you keep your shopper account ("Account") information current.  GoDaddy assumes no liability or responsibility for your failure to receive an email notification if such failure results from an inaccurate email address.

## 2. ELIGIBILITY; AUTHORITY

This Site and the Services are available only to Users who can form legally binding contracts under applicable law.  By using this Site or the Services, you represent and warrant that you are (i) at least eighteen (18) years of age, (ii) otherwise recognized as being able to form legally binding contracts under applicable law, and (iii) are not a person barred from purchasing or receiving the Services found under the laws of the United States or other applicable jurisdiction.

If you are entering into this Agreement on behalf of a corporate entity, you represent and warrant that you have the legal authority to bind such corporate entity to the terms and conditions contained in this Agreement, in which case the terms "you", "your", "User" or "customer" shall refer to such corporate entity.  If, after your electronic acceptance of this Agreement, GoDaddy finds that you do not have the legal authority to bind such corporate entity, you will be personally responsible for the obligations contained in this Agreement, including, but not limited to, the payment obligations. GoDaddy shall not be liable for any loss or damage resulting from GoDaddy's reliance on any instruction, notice, document or communication reasonably believed by GoDaddy to be genuine and originating from an authorized representative of your corporate entity. If there is reasonable doubt about the authenticity of any such instruction, notice, document or communication, GoDaddy reserves the right (but undertakes no duty) to require additional authentication from you. You further agree to be bound by the terms of this Agreement for transactions entered into by you, anyone acting as your agent and anyone who uses your account or the Services, whether or not authorized by you.

## 3. ACCOUNTS; TRANSFER OF DATA ABROAD

*Accounts*.  In order to access some of the features of this Site or use some of the Services, you will have to create an Account. You represent and warrant to GoDaddy that all information you submit when you create your Account is accurate, current and complete, and that you will keep your Account information accurate, current and complete.  If GoDaddy has reason to believe that your Account information is untrue, inaccurate, out-of-date or incomplete, GoDaddy reserves the right, in its sole and absolute discretion, to

Universal Terms of Service Agreement

suspend or terminate your Account. You are solely responsible for the activity that occurs on your Account, whether authorized by you or not, and you must keep your Account information secure, including without limitation your customer number/login, password, Payment Method(s) (as defined below), and shopper PIN. For security purposes, GoDaddy recommends that you change your password and shopper PIN at least once every six (6) months for each Account . You must notify GoDaddy immediately of any breach of security or unauthorized use of your Account. GoDaddy will not be liable for any loss you incur due to any unauthorized use of your Account. You, however, may be liable for any loss GoDaddy or others incur caused by your Account, whether caused by you, or by an authorized person, or by an unauthorized person.

_Transfer of Data Abroad_. If you are visiting this Site from a country other than the country in which our servers are located, your communications with us may result in the transfer of information (including your Account information) across international boundaries. By visiting this Site and communicating electronically with us, you consent to such transfers.

## 4. AVAILABILITY OF WEBSITE/SERVICES

Subject to the terms and conditions of this Agreement and our other policies and procedures, we shall use commercially reasonable efforts to attempt to provide this Site and the Serviceson a twenty-four (24) hours a day, seven (7) days a week basis. You acknowledge and agree that from time to time this Site may be inaccessible or inoperable for any reason including, but not limited to, equipment malfunctions; periodic maintenance, repairs or replacements that we undertake from time to time; or causes beyond our reasonable control or that are not reasonably foreseeable including, but not limited to, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures. You acknowledge and agree that we have no control over the availability of this Site or the Service on a continuous or uninterrupted basis, and that we assume no liability to you or any other party with regard thereto.

From time to time, GoDaddy may offer new Services (limited preview services or new features to existing Services) in a pre-release version. New Services, new features to existing Services or limited preview services shall be known, individually and collectively, as "Beta Services". If you elect to use any Beta Services, then your use of the Beta Services is subject to the following terms and conditions: (i) You acknowledge and agree that the Beta Services are pre-release versions and may not work properly; (ii) You acknowledge and agree that your use of the Beta Services may expose you to unusual risks of operational failures; (iii) The Beta Services are provided as-is, so we do not recommend using them in production or mission critical environments; (iv) GoDaddy reserves the right to modify, change, or discontinue any aspect of the Beta Services at any time; (v) Commercially released versions of the Beta Services may change substantially, and programs that use or run with the Beta Services may not work with the commercially released versions or subsequent releases; (vi) GoDaddy may limit availability of customer service support time dedicated to support of the Beta Services; (vii) You acknowledge and agree to provide prompt feedback regarding your experience with the Beta Services in a form reasonably requested by us, including information necessary to enable us to duplicate errors or problems you experience. You acknowledge and agree that we may use your feedback for any purpose, including product development purposes. At our request you will provide us with comments that we may use publicly for press materials and marketing collateral. Any intellectual property inherent in your feedback or arising from your use of the Beta Services shall be owned exclusively by GoDaddy; (viii) You acknowledge and agree that all information regarding your use of the Beta Services, including your experience with and opinions regarding the Beta Services, is confidential, and may not be disclosed to a third party or used for any purpose other than providing feedback to GoDaddy; (ix) The Beta Services are provided "as is", "as available", and "with all faults". To the fullest extent permitted by law, GoDaddy disclaims any and all warranties, statutory, express or implied,

Universal Terms of Service Agreement

with respect to the Beta Services including, but not limited to, any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.

In addition to our many free services, as described here, GoDaddy offers paid support services :

- **GetStarted - Hosting:** up to 30 minutes with a support representative to assist with setting up your hosting account following the getting started guide. This service is available for cPanel, Plesk, and Managed WordPress.
- **Website Migration:** GoDaddy will assist customer with moving customer's website from another host to GoDaddy, includes shared, VPS, dedicated. Please allow up to 24-hours to complete. Website migrations are subject to the Website Transfer Service Agreement which is hereby incorporated by reference.
- **VPS Services:** described here.

You acknowledge and agree that you have the necessary rights and permissions to share all information necessary to provide the Services with GoDaddy. You acknowledge and agree that the Services may be provided by independent contractors or third party service providers.

All paid services are non-refundable.

## 5. GENERAL RULES OF CONDUCT

You acknowledge and agree that:

i. Your use of this Site and the Services , including any content you submit, will comply with this Agreement and all applicable local, state, national and international laws, rules and regulations.

ii. You will not collect or harvest (or permit anyone else to collect or harvest) any User Content (as defined below) or any non-public or personally identifiable information about another User or any other person or entity without their express prior written consent.

iii. You will not use this Site or the Services in a manner (as determined by GoDaddy in its sole and absolute discretion) that:

- Is illegal, or promotes or encourages illegal activity;
- Promotes, encourages or engages in child pornography or the exploitation of children;
- Promotes, encourages or engages in terrorism, violence against people, animals, or property;
- Promotes, encourages or engages in any spam or other unsolicited bulk email, or computer or network hacking or cracking;
- Violates the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promotes, encourages or engages in the sale or distribution of prescription medication without a valid prescription;
- Infringes on the intellectual property rights of another User or any other person or entity;
- Violates the privacy or publicity rights of another User or any other person or entity, or breaches any duty of

confidentiality that you owe to another User or any other person or entity;

- Interferes with the operation of this Site or the Services found at this Site;

- Contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable of, disrupting, damaging or limiting the functionality of any software or hardware; or

- Contains false or deceptive language, or unsubstantiated or comparative claims, regarding GoDaddy or GoDaddy's Services.

iv. You will not copy or distribute in any medium any part of this Site or the Services , except where expressly authorized by GoDaddy.

v. You will not modify or alter any part of this Site or the Services found at this Site or any of its related technologies.

vi. You will not access GoDaddy Content (as defined below) or User Content through any technology or means other than through this Site itself, or as GoDaddy may designate.

vii. You agree to back-up all of your User Content so that you can access and use it when needed. GoDaddy does not warrant that it backs-up any Account or User Content, and you agree to accept as a risk the loss of any and all of your User Content.

viii. You will not re-sell or provide the Services for a commercial purpose, including any of GoDaddy's related technologies, without GoDaddy's express prior written consent.

ix. You agree to provide government-issued photo identification and/or government-issued business identification as required for verification of identity when requested.

x. You are aware that GoDaddy may from time-to-time call you about your account, and that, for the purposes of any and all such call(s), you do not have any reasonable expectation of privacy during those calls; indeed you hereby consent to allow GoDaddy, in its sole discretion, to record the entirety of such calls regardless of whether GoDaddy asks you on any particular call for consent to record such call. You further acknowledge and agree that, to the extent permitted by applicable law, any such recording(s) may be submitted as evidence in any legal proceeding in which GoDaddy is a party.

GoDaddy reserves the right to modify, change, or discontinue any aspect of this Site or the Services, including without limitation prices and fees for the same, at any time.

## 6. YOUR USE OF GODADDY CONTENT AND USER CONTENT

In addition to the general rules above, the provisions in this Section apply specifically to your use of GoDaddy Content and User Content posted to GoDaddy's corporate websites (i.e., those sites which GoDaddy directly controls or maintains). The applicable provisions are not intended to and do not have the effect of transferring any ownership or licensed rights (including intellectual property rights) you may have in content posted to your hosted websites.

*GoDaddy Content*. Except for User Content, the content on this Site and the Services , including without limitation the text, software, scripts, source code, API, graphics, photos, sounds, music, videos and interactive features and the trademarks, service marks and

logos contained therein ("GoDaddy Content"), are owned by or licensed to GoDaddy in perpetuity, and are subject to copyright, trademark, and/or patent protection in the United States and foreign countries, and other intellectual property rights under United States and foreign laws. GoDaddy Content is provided to you "as is", "as available" and "with all faults" for your information and personal, non-commercial use only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any purposes whatsoever without the express prior written consent of GoDaddy. No right or license under any copyright, trademark, patent, or other proprietary right or license is granted by this Agreement. GoDaddy reserves all rights not expressly granted in and to the GoDaddy Content, this Site and the Services, and this Agreement do not transfer ownership of any of these rights.

*User Content*. Some of the features of this Site or the Services may allow Users to view, post, publish, share, store, or manage (a) ideas, opinions, recommendations, or advice ("User Submissions"), or (b) literary, artistic, musical, or other content, including but not limited to photos and videos (together with User Submissions, "User Content"). User Content includes all content submitted through your Account. By posting or publishing User Content to this Site or to the Services, you represent and warrant to GoDaddy that (i) you have all necessary rights to distribute User Content via this Site or via the Services, either because you are the author of the User Content and have the right to distribute the same, or because you have the appropriate distribution rights, licenses, consents, and/or permissions to use, in writing, from the copyright or other owner of the User Content, and (ii) the User Content does not violate the rights of any third party.

*Security*. You agree not to circumvent, disable or otherwise interfere with the security-related features of this Site or the Services found at this Site (including without limitation those features that prevent or restrict use or copying of any GoDaddy Content or User Content) or enforce limitations on the use of this Site or the Services found at this Site, the GoDaddy Content or the User Content therein.

## 7. GODADDY'S USE OF USER CONTENT

The provisions in this Section apply specifically to GoDaddy's use of User Content posted to GoDaddy's corporate websites (i.e., those sites which GoDaddy directly controls or maintains). The applicable provisions are not intended to and do not have the effect of transferring any ownership or licensed rights (including intellectual property rights) you may have in content posted to your hosted websites.

*Generally*. You shall be solely responsible for any and all of your User Content or User Content that is submitted through your Account, and the consequences of, and requirements for, distributing it.

*With Respect to User Submissions*. You acknowledge and agree that:

    i. Your User Submissions are entirely voluntary.

    ii. Your User Submissions do not establish a confidential relationship or obligate GoDaddy to treat your User Submissions as confidential or secret.

    iii. GoDaddy has no obligation, either express or implied, to develop or use your User Submissions, and no compensation is due to you or to anyone else for any intentional or unintentional use of your User Submissions.

    iv. GoDaddy may be working on the same or similar content, it may already know of such content from other sources, it may simply wish to develop this (or similar) content on its own, or it may have taken / will take some other action.

GoDaddy shall own exclusive rights (including all intellectual property and other proprietary rights) to any User Submissions posted to this Site, and shall be entitled to the unrestricted use and dissemination of any User Submissions posted to this Site for any purpose,

Universal Terms of Service Agreement

commercial or otherwise, without acknowledgment or compensation to you or to anyone else.

*With Respect to User Content (Other Than User Submissions).*

If you have a website or other content hosted by GoDaddy, you shall retain all of your ownership or licensed rights in User Content.

By posting or publishing User Content to this Site or through the Services, you authorize GoDaddy to use the intellectual property and other proprietary rights in and to your User Content to enable inclusion and use of the User Content in the manner contemplated by this Site and this Agreement. You hereby grant GoDaddy a worldwide, non-exclusive, royalty-free, sublicensable (through multiple tiers), and transferable license to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content in connection with this Site, the Services and GoDaddy's (and GoDaddy's affiliates') business(es), including without limitation for promoting and redistributing all or part of this Site in any media formats and through any media channels without restrictions of any kind and without payment or other consideration of any kind, or permission or notification, to you or any third party. You also hereby grant each User of this Site a non-exclusive license to access your User Content (with the exception of User Content that you designate "private" or "password protected") through this Site, and to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content as permitted through the functionality of this Site and under this Agreement. The above licenses granted by you in your User Content terminate within a commercially reasonable time after you remove or delete your User Content from this Site. You understand and agree, however, that GoDaddy may retain (but not distribute, display, or perform) server copies of your User Content that have been removed or deleted. The above licenses granted by you in your User Content are perpetual and irrevocable. Notwithstanding anything to the contrary contained herein, GoDaddy shall not use any User Content that has been designated "private" or "password protected" by you for the purpose of promoting this Site or GoDaddy's (or GoDaddy's affiliates') business(es).

## 8. FREE PRODUCT CREDITS

In the event you are provided with a free product credit ("Credit") with the purchase of another product ("Purchased Product"), you acknowledge and agree that such Credit is only valid for one year and is only available with a valid purchase and may be terminated in the event the product purchases is deleted, cancelled, transferred or not renewed. You acknowledge and agree that we may swap your Credit for a similar product, in our sole discretion. The Credit will expire one (1) year from date of purchase of the Purchased Product if the Credit has not been redeemed. In the event that the Credit is redeemed, after the initial free one year period, the free product will automatically renew at the then-current renewal price until cancelled. If you wish to cancel the automatic renewal of the product, you may do so by visiting your Account and turning off the auto-renewal feature, or by contacting customer service. In the event your Purchased Product includes a free domain name, if you cancel the Purchased Product, the standard price for the domain name will be deducted from the refund amount.

## 9. MONITORING OF CONTENT; ACCOUNT TERMINATION POLICY

GoDaddy generally does not pre-screen User Content (whether posted to a website hosted by GoDaddy or posted to this Site). However, GoDaddy reserves the right (but undertakes no duty) to do so and decide whether any item of User Content is appropriate and/or complies with this Agreement. GoDaddy may remove any item of User Content (whether posted to a website hosted by GoDaddy or posted to this Site) and/or terminate a User's access to this Site or the Services found at this Site for posting or publishing any material in violation of this Agreement, or for otherwise violating this Agreement (as determined by GoDaddy in its sole and absolute discretion), at any time and without prior notice. GoDaddy

may also terminate a User's access to this Site or the Services found at this Site if GoDaddy has reason to believe the User is a repeat offender. If GoDaddy terminates your access to this Site or the Services found at this Site, GoDaddy may, in its sole and absolute discretion, remove and destroy any data and files stored by you on its servers.

## 10. ADDITIONAL RESERVATION OF RIGHTS

GoDaddy expressly reserves the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any Account or Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by GoDaddy in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by GoDaddy in offering or delivering any Services (including any domain name registration), (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry, (iii) to assist with our fraud and abuse detection and prevention efforts, (iv) to comply with court orders against you and/or your domain name or website and applicable local, state, national and international laws, rules and regulations, (v) to comply with requests of law enforcement, including subpoena requests, (vi) to comply with any dispute resolution process, (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, or (viii) to avoid any civil or criminal liability on the part of GoDaddy, its officers, directors, employees and agents, as well as GoDaddy's affiliates, including, but not limited to, instances where you have sued or threatened to sue GoDaddy.

GoDaddy expressly reserves the right to review every Account for excessive space and bandwidth utilization, and to terminate or apply additional fees to those Accounts that exceed allowed levels.

GoDaddy expressly reserves the right to terminate, without notice to you, any and all Services where, in GoDaddy's sole discretion, you are harassing or threatening GoDaddy and/or any of GoDaddy's employees.

## 11. NO SPAM; LIQUIDATED DAMAGES

*No Spam.* We do not tolerate the transmission of spam. We monitor all traffic to and from our web servers for indications of spamming and maintain a spam abuse complaint center to register allegations of spam abuse. Customers suspected to be using our products and services for the purpose of sending spam are fully investigated. If we determine there is a problem with spam, we will take the appropriate action to resolve the situation. Our spam abuse complaint center can be reached by email at abuse@godaddy.com.

We define spam as the sending of Unsolicited Commercial Email (UCE), Unsolicited Bulk Email (UBE) or Unsolicited Facsimiles (Fax), which is email or facsimile sent to recipients as an advertisement or otherwise, without first obtaining prior confirmed consent to receive these communications. This can include, but is not limited to, the following:

    i.    Email Messages

    ii.    Newsgroup postings

    iii.    Windows system messages

    iv.    Pop-up messages (aka "adware" or "spyware" messages)

    v.    Instant messages (using AOL, MSN, Yahoo or other instant messenger programs)

    vi.    Online chat room advertisements

Universal Terms of Service Agreement

vii.    Guestbook or Website Forum postings

viii.   Facsimile Solicitations

ix.    Text/SMS Messages

We will not allow our servers and services to be used for the purposes described above. In order to use our products and services, you must not only abide by all applicable laws and regulations, which include the Can-Spam Act of 2003 and the Telephone Consumer Protection Act, but you must also abide by this no spam policy. Commercial advertising and/or bulk emails or faxes may only be sent to recipients who have "opted-in" to receive messages. They must include a legitimate return address and reply-to address, the sender's physical address, and an opt-out method in the footer of the email or fax. Upon request by us, conclusive proof of opt-in may be required for an email address or fax number.

If we determine the services in question are being used in association with spam, we will re-direct, suspend, or cancel any web site hosting, domain registration, email boxes or other applicable services for a period of no less than two (2) days. The registrant or customer will be required to respond by email to us stating that they will cease to send spam and/or have spam sent on their behalf. We will require a non-refundable reactivation fee to be paid before the site, email boxes and/or services are reactivated. In the event we determine the abuse has not stopped after services have been restored the first time, we may terminate the hosting and email boxes associated with the domain name in question.

We encourage all customers and recipients of email generated from our products and services to report suspected spam. Suspected abuse can be reported by email or through our Spam Abuse Complaint Center on the Web.

Web: report abuse

Email: abuse@godaddy.com

*Liquidated Damages*. You agree that we may immediately terminate any Account which we believe, in our sole and absolute discretion, is transmitting or is otherwise connected with any spam or other unsolicited bulk email. In addition, if actual damages cannot be reasonably calculated then you agree to pay us liquidated damages in the amount of $1.00 for each piece of spam or unsolicited bulk email transmitted from or otherwise connected with your Account.

## 12. TRADEMARK AND/OR COPYRIGHT CLAIMS

GoDaddy supports the protection of intellectual property. If you would like to submit (i) a trademark claim for violation of a mark on which you hold a valid, registered trademark or service mark, or (ii) a copyright claim for material on which you hold a bona fide copyright, please refer to GoDaddy's Trademark and/or Copyright Infringement Policy referenced above and available here.

## 13. LINKS TO THIRD-PARTY WEBSITES

This Site and the Services found at this Site may contain links to third-party websites that are not owned or controlled by GoDaddy. GoDaddy assumes no responsibility for the content, terms and conditions, privacy policies, or practices of any third-party websites. In addition, GoDaddy does not censor or edit the content of any third-party websites. By using this Site or the Services found at this Site, you expressly release GoDaddy from any and all liability arising from your use of any third-party website. Accordingly, GoDaddy encourages you to be aware when you leave this Site or the Services found at this Site and to review the terms and conditions, privacy policies, and other governing documents of each other website that you may visit.

## 14. DISCLAIMER OF REPRESENTATIONS AND WARRANTIES

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THIS SITE AND THE SERVICES FOUND AT THIS SITE SHALL BE AT YOUR OWN RISK AND THAT THIS SITE AND THE SERVICES FOUND AT THIS SITE ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WITH ALL FAULTS". GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS DISCLAIM ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND/OR (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND GODADDY ASSUMES NO LIABILITY OR RESPONSIBILITY FOR THE SAME.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT NO ORAL OR WRITTEN INFORMATION OR ADVICE PROVIDED BY GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS (INCLUDING WITHOUT LIMITATION ITS CALL CENTER OR CUSTOMER SERVICE REPRESENTATIVES), AND THIRD PARTY SERVICE PROVIDERS WILL (I) CONSTITUTE LEGAL OR FINANCIAL ADVICE OR (II) CREATE A WARRANTY OF ANY KIND WITH RESPECT TO THIS SITE OR THE SERVICES FOUND AT THIS SITE, AND USERS SHOULD NOT RELY ON ANY SUCH INFORMATION OR ADVICE.

THE FOREGOING DISCLAIMER OF REPRESENTATIONS AND WARRANTIES SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 15. LIMITATION OF LIABILITY

IN NO EVENT SHALL GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IX) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, AND/OR (X) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR THE SERVICES FOUND

AT THIS SITE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT GODADDY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THIS SITE OR THE SERVICES FOUND AT THIS SITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE SUCH CAUSE OF ACTION SHALL BE PERMANENTLY BARRED.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT IN NO EVENT SHALL GODADDY'S TOTAL AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR THE PARTICULAR SERVICES THAT ARE THE SUBJECT OF THE CAUSE OF ACTION.

THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 16. INDEMNITY

You agree to protect, defend, indemnify and hold harmless GoDaddy and its officers, directors, employees, agents, and third party service providers from and against any and all claims, demands, costs, expenses, losses, liabilities and damages of every kind and nature (including, without limitation, reasonable attorneys' fees) imposed upon or incurred by GoDaddy directly or indirectly arising from (i) your use of and access to this Site or the Services found at this Site; (ii) your violation of any provision of this Agreement or the policies or agreements which are incorporated herein; and/or (iii) your violation of any third-party right, including without limitation any intellectual property or other proprietary right. The indemnification obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 17. FEES AND PAYMENTS

You acknowledge and agree that your Payment Method may be charged by one of our affiliated entities, Go Daddy Domains Canada, Inc., Go Daddy India Domains and Hosting Services Pvt Ltd, or Go Daddy Europe, Ltd. If, during your purchase, your payment was identified as being processed in the United States, your transaction will be processed by GoDaddy.com, LLC, 14455 N. Hayden Rd., Scottsdale, AZ 85260; if your payment was identified as being processed in Canada, your transaction will be processed by Go Daddy Domains Canada, Inc., 2900-550 Burrard Street, Vancouver, BC V6C 043; if your payment was identified as being processed in the United Kingdom, your transaction will be processed by Go Daddy Europe, Ltd., 5 New Street Square, London EC4A3TW; if your payment was identified as being processed in India, your transaction will be processed by Go Daddy India Domains and Hosting Services India Pvt Ltd, Flat 101, Sai Krishna Enclave, 6-1-132/99, Plot No. 99, Skanagiri, Padmaraonagar 50061.

### (A) GENERAL TERMS, INCLUDING AUTOMATIC RENEWAL TERMS

You agree to pay any and all prices and fees due for Services purchased or obtained at this Site at the time you order the Services.  All prices and fees are non-refundable unless otherwise expressly noted in the Refund Policy section below, even if your Services are suspended, terminated, or transferred prior to the end of the Services term.  GoDaddy expressly reserves the right to change or modify its prices and fees at any time, and such changes or modifications shall be posted online at this Site and effective immediately without need for further notice to you. If you have purchased or obtained Services for a

Universal Terms of Service Agreement

period of months or years, changes or modifications in prices and fees shall be effective when the Services in question come up for renewal as further described below.

Except as prohibited in any product-specific agreement, you may pay for Services by utilizing any of the following "Payment Methods": (i) by providing a valid credit card, (ii) by using GoDaddy's "Good As Gold Prepaid Services" (defined below); (iii) via an electronic check from your personal or business checking account, as appropriate (and as defined below); (iv) by using PayPal (as defined below), (v) by using an International Payment Option (as defined below) or (vi) via in-store credit balances, if applicable (and as defined below), each a "Payment Method". For Services that offer "Express Checkout", clicking the Express Checkout button will automatically place an order for that Service and charge the primary Payment Method on file for your Account. Confirmation of that order will be sent to the email address on file for your Account. Your Payment Method on file must be kept valid if you have any active Services in your Account.

You acknowledge and agree that where refunds are issued to your Payment Method, GoDaddy's issuance of a refund receipt is only confirmation that GoDaddy has submitted your refund to the Payment Method charged at the time of the original sale, and that GoDaddy has absolutely no control over when the refund will be applied towards your Payment Method's available balance. You further acknowledge and agree that the payment provider and/or individual issuing bank associated with your Payment Method establish and regulate the time frames for posting your refund, and that such refund posting time frames may range from five (5) business days to a full billing cycle, or longer.

In the event a refund is issued to your Payment Method and the payment provider, payment processor or individual issuing bank associated with your Payment Method imposes any limitations on refunds, including but not limited to, limitations as to the timing of the refund or the number of refunds allowed, then GoDaddy, in its sole and absolute discretion, reserves the right to issue the refund either (i) in the form of an in-store credit; or (ii) via issuance of a GoDaddy check, which will be sent to the mailing address on file for your Account. GoDaddy also has the right, but not the obligation, to offer an in-store credit for customers seeking refunds, even if there are no limitations on refunds imposed by the Payment Method. For the avoidance of doubt, any and all refunds processed via the issuance of either in-store credits or a GoDaddy check are solely within GoDaddy's discretion and are not available at customer request.

If you are being billed on a monthly basis, your monthly billing date will be based on the date of the month you purchased the Services unless that date falls after the 28th of the month, in which case your billing date will be the 28th of each month.

IN ORDER TO ENSURE THAT YOU DO NOT EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, MOST SERVICES OFFER AN AUTOMATIC RENEWAL OPTION. THE AUTOMATIC RENEWAL OPTION AUTOMATICALLY RENEWS THE APPLICABLE SERVICE FOR A RENEWAL PERIOD EQUAL IN TIME TO THE MOST RECENT SERVICE PERIOD, EXCEPT FOR DOMAIN NAMES WHICH WILL RENEW FOR THE ORIGINAL SERVICE PERIOD. FOR EXAMPLE, FOR PRODUCTS OTHER THAN DOMAINS, IF YOUR LAST SERVICE PERIOD IS FOR ONE YEAR, YOUR RENEWAL PERIOD WILL BE FOR ONE YEAR. WHILE THE DETAILS OF THE AUTOMATIC RENEWAL OPTION VARY FROM SERVICE TO SERVICE, THE SERVICES THAT OFFER AN AUTOMATIC RENEWAL OPTION TREAT IT AS THE DEFAULT SETTING. THEREFORE, UNLESS YOU DISABLE THE AUTOMATIC RENEWAL OPTION, GODADDY WILL AUTOMATICALLY RENEW THE APPLICABLE SERVICE WHEN IT COMES UP FOR RENEWAL AND WILL TAKE PAYMENT FROM THE PAYMENT METHOD YOU HAVE ON FILE WITH GODADDY AT GODADDY'S THEN CURRENT RATES, WHICH YOU ACKNOWLEDGE AND AGREE MAY BE HIGHER OR LOWER THAN THE RATES FOR THE ORIGINAL SERVICE PERIOD. IN ORDER TO SEE THE RENEWAL SETTINGS APPLICABLE TO YOU AND YOUR SERVICES, SIMPLY LOG

Universal Terms of Service Agreement

INTO YOUR ACCOUNT MANAGER FROM THIS SITE AND FOLLOW THE STEPS FOUND HERE. YOU MAY ENABLE OR DISABLE THE AUTOMATIC RENEWAL OPTION AT ANY TIME. HOWEVER, SHOULD YOU ELECT TO DISABLE THE AUTOMATIC RENEWAL OPTION AND FAIL TO MANUALLY RENEW YOUR SERVICES BEFORE THEY EXPIRE, YOU MAY EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

IN ADDITION, GODADDY MAY PARTICIPATE IN "RECURRING BILLING PROGRAMS" OR "ACCOUNT UPDATER SERVICES" SUPPORTED BY YOUR CREDIT CARD PROVIDER (AND ULTIMATELY DEPENDENT ON YOUR BANK'S PARTICIPATION). IF YOU ARE ENROLLED IN AN AUTOMATIC RENEWAL OPTION AND WE ARE UNABLE TO SUCCESSFULLY CHARGE YOUR EXISTING PAYMENT METHOD, YOUR CREDIT CARD PROVIDER (OR YOUR BANK) MAY NOTIFY US OF UPDATES TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, OR THEY MAY AUTOMATICALLY CHARGE YOUR NEW CREDIT CARD ON OUR BEHALF WITHOUT NOTIFICATION TO US. IN ACCORDANCE WITH RECURRING BILLING PROGRAM REQUIREMENTS, IN THE EVENT THAT WE ARE NOTIFIED OF AN UPDATE TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, GODADDY WILL AUTOMATICALLY UPDATE YOUR PAYMENT PROFILE ON YOUR BEHALF. GODADDY MAKES NO GUARANTEES THAT WE WILL REQUEST OR RECEIVE UPDATED CREDIT CARD INFORMATION. YOU ACKNOWLEDGE AND AGREE THAT IT IS YOUR SOLE RESPONSIBILITY TO MODIFY AND MAINTAIN YOUR ACCOUNT SETTINGS, INCLUDING BUT NOT LIMITED TO (I) SETTING YOUR RENEWAL OPTIONS AND (II) ENSURING YOUR ASSOCIATED PAYMENT METHOD(S) ARE CURRENT AND VALID. FURTHER, YOU ACKNOWLEDGE AND AGREE THAT YOUR FAILURE TO DO SO, MAY RESULT IN THE INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

If for any reason GoDaddy is unable to charge your Payment Method for the full amount owed for the Services provided, or if GoDaddy receives notification of a chargeback, reversal, payment dispute, or is charged a penalty for any fee it previously charged to your Payment Method, you agree that GoDaddy may pursue all available lawful remedies in order to obtain payment, including but not limited to, immediate cancellation, without notice to you, of any domain names or Services registered or renewed on your behalf. GoDaddy also reserves the right to charge you reasonable "administrative fees" or "processing fees" for (i) tasks GoDaddy may perform outside the normal scope of its Services, (ii) additional time and/or costs GoDaddy may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by GoDaddy in its sole and absolute discretion).   Typical administrative or processing fee scenarios include, but are not limited to (i) customer service issues that require additional personal time or attention; (ii) UDRP actions(s) in connection with your domain name(s) and/or disputes that require accounting or legal services, whether performed by GoDaddy staff or by outside firms retained by GoDaddy; (iii) recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the results of chargebacks or other payment disputes brought by you, your bank or Payment Method processor. These administrative fees or processing fees will be billed to the Payment Method you have on file with GoDaddy.

GoDaddy may offer product-level pricing in various currencies; however, transaction processing is supported only in U.S. dollars and a select number of the currency options displayed on this Site ("Supported Currency" or "Supported Currencies"). If the currency selected is a Supported Currency, then the transaction will be processed in the Supported Currency and the pricing displayed during the checkout process will be the actual amount processed and submitted to your bank for payment. If the currency selected is not a Supported Currency, then the transaction will be processed in U.S. dollars and the pricing displayed during the checkout process will be an estimated conversion price at the time of purchase. In either case (whether the currency selected is a Supported Currency or not), if

Universal Terms of Service Agreement

the transaction is processed in a currency that differs from the currency of your bank account, you may be charged exchange rate conversion fees by your bank. In addition, due to time differences between (i) the time you complete the checkout process, (ii) the time the transaction is processed, and (iii) the time the transaction posts to your bank statement, the conversion rates may fluctuate, and GoDaddy makes no representations or warranties that (a) the amount submitted to your bank for payment will be the same as the amount posted to your bank statement (in the case of a Supported Currency) or (b) the estimated conversion price will be the same as either the amount processed or the amount posted to your bank statement (in the case of a non-Supported Currency), and you agree to waive any and all claims based upon such discrepancies (including any and all claims for a refund based on the foregoing). In addition, regardless of the selected currency, you acknowledge and agree that you may be charged Value Added Tax ("VAT"), Goods and Services Tax ("GST"), or other localized fees and/or taxes, based on your bank and/or the country indicated in your billing address section.

Refund Policy: Products and Services available for refunds are described here ("Refund Policy"). For products and services eligible for a refund, you may request a full refund for annual plans within forty five (45) days of purchase and within 48 hours of purchase for monthly plans (each "Refund Period"). For refunds requested after the Refund Period, an in-store credit will be issued for any unused time remaining on your plan. Unused time will be calculated as the number of months remaining on the purchase term excluding the month in which the refund is requested. In the event you purchase a product that includes a free domain name, if you cancel the product, the standard price for the domain name will be deducted from the refund amount.

Annual Plans: Any product purchased for 1 year or greater will be considered an annual plan under the terms of this policy. Within forty five (45) days, you may request a full refund of the purchase price of the product. After forty five (45) days, you may request an in-store credit for any unused time remaining on your annual plan. Unused time will be pro-rated based on the date of original purchase and, for renewals, the anniversary date of the original purchase date of the product (this is referred to as the Service Date).

Monthly Plans: Any product purchased for less than 1 year will be considered a monthly plan under the terms of this policy. Within forty eight (48) hours, you may request a full refund of the purchase price of the product. After forty eight (48) hours, you may request an in-store credit for any unused time remaining on your multi-monthly plan excluding the month in which the refund is requested. Single month plans are not eligible for refunds after forty eight (48) hours. Unused time will be pro-rated based on the date of original purchase and, for renewals, the monthly scheduled renewal date based on the original purchase date of the product (this is referred to as the Service Date).

In no event will you be eligible for more than one refund of the same product.

**(B) GOOD AS GOLD PREPAID SERVICES**

_Service Details_

By using Good As Gold Prepaid Services, you may transfer funds to GoDaddy in order to fund your Good As Gold Prepaid Services account ("Good As Gold Account"). You may then use your Good As Gold Account to purchase any Services. You may fund your Good As Gold Account by providing (i) a paper check (from your personal or business checking account, as appropriate), (ii) a money order, or (iii) a wire transfer. All payments must be for the full amount required at purchase.

You acknowledge that funds transferred to your Good As Gold Account will be held by GoDaddy and will not accrue or pay interest for your benefit. To the extent any interest may accrue, you understand and agree that GoDaddy shall be entitled to receive and keep any such amounts to cover costs associated with Good As Gold Prepaid Services.

Universal Terms of Service Agreement

You acknowledge that all transactions using Good As Gold Prepaid Services will be conducted in U.S. dollars.

Your Good As Gold Account must be funded on an initial basis with no less than funds equivalent to $100.00 U.S. dollars.

All paper checks and money orders may be delayed up to ten (10) business days until the money is credited, which may delay your use of the Services, and any paper check or money order that does not clear will result in a $25.00 processing fee by GoDaddy, which may be debited from your Good As Gold Account. The $25.00 processing fee is in addition to any fee(s) your bank may charge you.

Wire transfers may be initiated in foreign currency to fund your Good As Gold Account, however the natural currency of the Wild West Domains bank account is U.S. Dollars. Foreign currency wires will be automatically converted and deposited in U.S. Dollars. Please note that exchange rate fees may apply. You agree that you will be responsible for all wire transfer fees, both incoming and outgoing, associated with your Good As Gold Account. Any non-U.S. wire transfers may be subject to fees by your bank, intermediary banks, or GoDaddy's bank, which may reduce the amount of the money received by GoDaddy's bank and subsequently funded into your Good As Gold Account. Customers funding a Good As Gold Account with a wire of $1,000.00 or more shall not be subject to a $20.00 wire transfer processing fee from GoDaddy. You hereby expressly authorize GoDaddy (i) to reduce your Good As Gold Account by the amount of wire transfer fees GoDaddy incurs in order to receive your funds; and/or (ii) to charge a twenty-dollar ($20.00) service fee ("Service Fee") in connection with the termination of your Good As Gold Account. All fees are subject to change at any time, and such changes shall be posted online and effective immediately without need for further notice to you.

You can verify the remaining funds in your Good As Gold Account at any time by logging into "Manage Your Account" or through the shopping cart on the GoDaddy website. Should you decide to terminate your Good As Gold Account (or should GoDaddy opt to terminate your Good As Gold Account because you have breached an obligation under the Good As Gold Service Agreement), then the balance in your Good As Gold Account will be refunded, net the Service Fee.

Additional funds may be added to your Good As Gold Account at any time. The preferred minimum increment for funds transfers and checks is $100.00.

*Your Use of Good As Gold Prepaid Services*

Use of funds in your Good As Gold Account can only be made through the GoDaddy purchase process at GoDaddy's website. Purchases may not be made unless there are sufficient, available funds in your Good As Gold Account at the time of purchase to cover the entire purchase amount, including any related fees as set forth herein or in other relevant agreements.

You will be able to access your Good As Gold Account activity and records from the "Manage Your Account" link on GoDaddy's website. Your Good As Gold Account will show purchases and the amount of funds remaining in your Good As Gold Account. GoDaddy reserves the right at all times to disclose any information about your Good As Gold Account as GoDaddy deems necessary to satisfy any applicable law, regulation, legal process or governmental request, or to edit, refuse to post or to remove any information or materials, in whole or in part from your Good As Gold Account, in the sole and absolute discretion of GoDaddy.

*(C) PAY BY CHECK (ELECTRONIC CHECK)*

Universal Terms of Service Agreement

By using GoDaddy's pay by check option ("Pay By Check"), you can purchase GoDaddy Services using an electronic check (from your personal or business checking account, as appropriate). In connection therewith, you agree to allow Certegy Check Services, Inc. ("Certegy") to debit the full amount of your purchase from your checking account ("Checking Account"), which is non-refundable. Certegy will create an electronic funds transfer ("EFT") or bank draft, which will be presented to your bank or financial institution for payment from your Checking Account. The Checking Account must be at a financial institution in the United States, and the check must be payable in U.S. dollars.

It is your responsibility to keep your Checking Account current and funded. You acknowledge and agree that (i) Certegy reserves the right to decline a transaction for any reason (including, but not limited to, payments that fail to go through as a result of your Checking Account no longer existing or not holding available/sufficient funds) and (ii) in such event, neither Certegy nor GoDaddy shall be liable to you or any third party regarding the same. If for any reason Certegy is unable to withdraw the full amount owed for the Services provided, you agree that Certegy and GoDaddy may pursue all available lawful remedies in order to obtain payment (plus applicable fees). GoDaddy is not responsible for the actions of Certegy. You agree that if the EFT or bank draft is returned unpaid, you will pay a service charge in accordance with the fees provided below, or as otherwise permitted by law. These fees may be debited from your Checking Account using an EFT or bank draft. All fees are in U.S. Dollars.

**United States, including District of Columbia:**

| AK | Alaska | $25.00 |
|----|--------|--------|
| AL | Alabama | $30.00 |
| AR | Arkansas | $25.00 |
| AZ | Arizona | $25.00 |
| CA | California | $25.00 |
| CO | Colorado | $20.00 |
| CT | Connecticut | $20.00 |
| DC | District of Columbia | $15.00 |
| DE | Delaware | $40.00 |
| FL | Florida | • For face value of check $0.01 - $50.00, $25.00<br>• For face value of check $50.01 - $300.00, $30.00<br>• For face value of check $300.01 or more, greater of $40.00 or 5% of face value of check. |
| GA | Georgia | • Greater of $30.00 or 5% of face value of check |
| HI | Hawaii | $30.00 |
| IA | Iowa | $30.00 |
| ID | Idaho | |

Universal Terms of Service Agreement

| | | |
|---|---|---|
| | | • Lesser of $20.00 or face value of check |
| IL | Illinois | $25.00 |
| IN | Indiana | $20.00 |
| KS | Kansas | $30.00 |
| KY | Kentucky | $25.00 |
| LA | Louisiana | • Greater of $25.00 or 5% of face value of check |
| MA | Massachusetts | $25.00 |
| MD | Maryland | $35.00 |
| ME | Maine | $25.00 |
| MI | Michigan | $25.00 |
| MN | Minnesota | $30.00 |
| MO | Missouri | $25.00 |
| MS | Mississippi | $40.00 |
| MT | Montana | $30.00 |
| NC | North Carolina | $25.00 |
| ND | North Dakota | $30.00 |
| NE | Nebraska | $25.00 |
| NH | New Hampshire | $25.00 |
| NJ | New Jersey | $25.00 |
| NM | New Mexico | $20.00 |
| NV | Nevada | $25.00 |
| NY | New York | $20.00 |
| OH | Ohio | • Greater of $30.00 or 10% of face value of check |
| OK | Oklahoma | $25.00 |
| OR | Oregon | $25.00 |
| PA | Pennsylvania | $25.00 |
| RI | Rhode Island | $25.00 |
| SC | South Carolina | $30.00 |
| SD | South Dakota | $40.00 |
| TN | Tennessee | $30.00 |
| TX | Texas | $30.00 |
| UT | Utah | $20.00 |
| VA | Virginia | $50.00 |
| VT | Vermont | $25.00 |
| WA | Washington | $25.00 |
| WI | Wisconsin | $25.00 |
| WV | West Virginia | $25.00 |
| WY | Wyoming | $30.00 |

**U.S. Territories**:

| | | |
|---|---|---|
| AS | American Samoa | $15.00 |
| GU | Guam | $15.00 |

Universal Terms of Service Agreement

| PR | Puerto Rico | $15.00 |
| VI | Virgin Islands | $15.00 |

**U.S. Military States**:

| AA | Armed Forces Americas | $15.00 |
| AE | Armed Forces Africa, Armed Forces Canada, Armed Forces Europe, Armed Forces Middle East | $15.00 |
| AP | Armed Forces Pacific | $15.00 |

**Canadian Provinces / Territories**:

| AB | Alberta | $20.00 |
| BC | British Columbia | $20.00 |
| MB | Manitoba | $20.00 |
| NB | New Brunswick | $20.00 |
| NL | Newfoundland and Labrador | $20.00 |
| NS | Nova Scotia | $20.00 |
| NT | Northwest Territories | $20.00 |
| ON | Ontario | $20.00 |
| PE | Prince Edward Island | $20.00 |
| QC | Quebec | $15.00 |
| SK | Saskatchewan | $20.00 |
| YT | Yukon | $20.00 |

By clicking the box labeled "I agree" to the terms of the Pay By Check payment option, you authorize the information provided to be used for the creation of an EFT or bank draft and you authorize a debit of the full amount of your purchase from your Checking Account.

### (D) PAY BY PAYPAL

By using GoDaddy's pay by PayPal payment option ("PayPal"), you can purchase Services using PayPal. In connection therewith, you agree to allow PayPal to debit the full amount of your purchase from your PayPal account ("PayPal Account") or from credit card(s), bank account(s), or other allowed payment method(s) linked to your PayPal Account ("PayPal Funding Source").

It is your responsibility to keep your PayPal Account and PayPal Funding Source current and funded, and your PayPal Account backed by a valid credit card. You acknowledge and agree that (i) PayPal reserves the right to decline a transaction for any reason (including, but not limited to, payments that fail to go through as a result of your PayPal Account or PayPal Funding Source no longer existing or not holding available/sufficient funds) and (ii) in such event, neither PayPal nor GoDaddy shall be liable to you or any third party regarding the same. If for any reason PayPal is unable to withdraw the full amount owed for your purchase, you agree that PayPal and GoDaddy may pursue all available lawful remedies in order to obtain payment. You agree that if the transaction is returned unpaid, you will pay a service charge of $25.00 or the maximum amount allowed by law, which may be debited from your PayPal Account or PayPal Funding Source.

By clicking the box labeled "I agree" to the terms of the PayPal payment option, you authorize a debit of the full amount of your purchase from your PayPal Account or PayPal Funding Source.

Universal Terms of Service Agreement

### (E) INTERNATIONAL PAYMENT OPTIONS

GoDaddy offers a variety of alternative international payment options through a variety of International Payment Providers ("IPP"). In the event you select an IPP, you represent that you have already agreed to any and all of the IPP's applicable customer service agreements in advance of completing your transaction at GoDaddy. You also agree to allow the IPP to debit the full amount of your purchase from the selected bank account, e-wallet account (including credit card(s), bank account(s), or other allowed payment method(s) linked to your e-wallet account) or any other type of account associated with the selected IPP (including but not limited to, prepaid cards and mobile payments), collectively "Funding Sources". In addition, you agree to allow the selected IPP to debit, if applicable, an "Exchange Rate Conversion Fee", as well as any other fees or charges applicable to your agreement with the IPP (collectively, the "IPP Fees"), from your Funding Sources. You understand and agree that IPP Fees are subject to change at any time by the IPP without notice to you by GoDaddy.

It is your responsibility to keep your Funding Sources current and funded. You acknowledge and agree that (i) the IPP reserves the right to decline a transaction for any reason (including, but not limited to, payments that fail to go through as a result of your Funding Sources no longer existing or not holding available/sufficient funds) and (ii) in such event, neither the IPP nor GoDaddy shall be liable to you or any third party regarding the same. You acknowledge that GoDaddy will not attempt to fulfill the Services purchased by you until GoDaddy receives confirmation of payment from the IPP through its associated payment processor. You acknowledge there may be a gap of several hours or days between the time you place an order and the time the IPP confirms payment through its associated payment processor. If GoDaddy does not receive confirmation of payment from the IPP through its associated payment processor within thirty (30) days from when the order is placed, your order may be cancelled, at which time you will need to commence the purchase process again. In the event that you would like to cancel payment for a pending transaction, you may cancel the order through your GoDaddy account. Payments received on previously cancelled orders will be automatically refunded to the original Payment Method when possible.

If, at the time GoDaddy receives confirmation of payment from the IPP (through its associated payment processor), either (i) the Services (including domain names) are no longer available for purchase; or (ii) a pending order has been cancelled in our systems; or (iii) the confirmation of payment does not match the dollar amount of the pending order, and as a result your purchase is either over-funded or under-funded, GoDaddy may automatically issue a partial refund (in the case of over-funding) or a full refund (in the case of under-funding) to your Funding Source. If the IPP (or its associated payment processor) imposes refund limitations of any kind, GoDaddy reserves the right to issue refunds to an in-store credit balance. If you receive a full refund, you will need to begin the purchase process again. You acknowledge and agree that the IPP reserves the right not to refund IPP Fees associated with a refunded transaction. Accordingly, any refunds issued by GoDaddy will be net of the IPP Fees unless otherwise specified.

### (F) IN-STORE CREDIT BALANCES

In the event that your Account contains an in-store credit balance, you may apply any available credit balance to any future purchase in your Account. In the event that your Account contains an in-store credit balance, you hereby authorize GoDaddy to apply any available credit balance to any outstanding administrative fees, chargebacks or other fees related to your Account. In the event that your default Payment Method fails for an automated billing in connection with the processing of any Service renewals, GoDaddy may utilize any available in-store credit balance if there are enough funds to cover the entire transaction. Regardless of the amount of in-store credit available in your account, GoDaddy is not responsible for the loss of products resulting from an inability to collect funds from

your default Payment Methods or the in-store credit. In-store credits will be applied based on the currency selected in the shopping cart at the time of purchase (or renewal). If you have more than one in-store credit, then the credits will be processed according to the age of the credit, with the oldest in-store credit being applied first. If additional funds are required to complete the purchase or renewal, credits held in a non-selected currency will be converted using GoDaddy's daily exchange rate based on the age of the credit (oldest to newest) until (i) enough funds are allocated to complete the transaction, or (ii) there is no available balance left in your account. You understand and agree that at the time of conversion, GoDaddy may also impose an additional administrative fee to compensate for the risks and costs associated with providing currency conversion services.

You can verify your available in-store credit balance at any time by logging into "Manage Your Account" or through the shopping cart on the GoDaddy website. You acknowledge that in-store credit balances are non-transferrable, may only be used in the Account in which they were acquired and may expire. Complimentary in-store credits will expire two years after issuance. In the event that GoDaddy terminates your Account, you acknowledge and agree that any remaining available in-store credit balance will be forfeited.

You also acknowledge that funds available in your in-store credit balance will be held by GoDaddy and will not accrue or pay interest for your behalf. To the extent any interest may accrue, you understand and agree that GoDaddy shall be entitled to receive and keep any such amounts to cover costs associated with supporting the in-store credit balance functionality.

### (G) GIFT CARDS

This section sets forth the terms and conditions of Your use of Go Daddy's Gift Card service and its related services (collectively, the "Card"). Go Daddy grants You a non-exclusive license to use the Card, provided, however, that You abide by the terms and conditions set forth herein and in each of Go Daddy's policies and procedures.

The Services generally allow You to redeem the Card for goods and services from Go Daddy except to purchase another gift card, an auction membership, a product that would include a free auction membership, or any offer that excludes purchase by gift card.

The Card is a non-reloadable, non-refundable, non-personalized prepaid gift card, and may not be re-sold, transferred, redeemed for cash or applied to any account, except to the extent required by law. The Card is not an account, does not earn interest, and is not FDIC insured. The Card is not a credit card. You authorize us to pay all transactions made using the Card with the funds credited to the Card. You agree to use the Card only as provided in this Agreement and in accordance with applicable law. You agree the amount of funds shown on our records regarding the Card will determine the balance on the Card. Once the Card balance reaches zero dollars ($0), all transactions will be declined. In any case where the recipient of the Card is given value through the use of the Card greater than the remaining balance, You will pay us on demand the amount by which the transactions exceeded the balance.

You may give the Card to any recipient, however in order for the recipient to redeem the value credited to the Card, they will have to create an account with Go Daddy and agree to any policies and agreements related to the product or service purchased.

The Card is like cash in that it may be used immediately without identification. You agree to use Your best efforts to protect the Card against loss, theft, or unauthorized use. You may call customer service to report a lost or stolen Card. At our discretion, a replacement Card may be issued, less any applicable fees.

Go Daddy reserves the right, in its sole discretion, to deem any value on a Card not redeemed within five (5) years from purchase date to be expired.

### (H) Expired Domain Name Purchases

For expired domains names purchased through Your account, You acknowledge and agree that You are responsible for payment within forty-eight (48) hours of auction close for the successful bid amount plus the one (1) year renewal fee (from the end of the domain name's previous registration period), plus ICANN fee, if applicable, or any valid payment method associated with the account, will be charged on the third day following the auction close.

## 18. UNCLAIMED PROPERTY; DORMANCY CHARGES

Please be advised that if a customer has an outstanding account balance (a credit positive balance) for three (3) years or more for any reason, and (i) GoDaddy is unable to issue payment to such customer or (ii) GoDaddy issued payment to such customer in the form of a paper check, but the check was never cashed, then GoDaddy shall turn over such account balance to the State of Arizona in accordance with state law. You acknowledge and agree that in either case (i) or (ii) above, GoDaddy may withhold a dormancy charge in an amount equal to the lesser of $15.00 or the total outstanding account balance associated with such customer.

## 19. SUCCESSORS AND ASSIGNS

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors and assigns.

## 20. NO THIRD-PARTY BENEFICIARIES

Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 21. U.S. EXPORT LAWS

This Site and the Services found at this Site are subject to the export laws, restrictions, regulations and administrative acts of the United States Department of Commerce, Department of Treasury Office of Foreign Assets Control ("OFAC"), State Department, and other United States authorities (collectively, "U.S. Export Laws"). Users shall not use the Services found at this Site to collect, store or transmit any technical information or data that is controlled under U.S. Export Laws. Users shall not export or re-export, or allow the export or re-export of, the Services found at this Site in violation of any U.S. Export Laws. None of the Services found at this Site may be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) any country with which the United States has embargoed trade; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Denied Persons List, or any other denied parties lists under U.S. Export Laws. By using this Site and the Services found at this Site, you agree to the foregoing and represent and warrant that you are not a national or resident of, located in, or under the control of, any restricted country; and you are not on any denied parties list; and you agree to comply with all U.S. Export Laws (including "anti-boycott", "deemed export" and "deemed re-export" regulations). If you access this Site or the Services found at this Site from other countries or jurisdictions, you do so on your own initiative and you are responsible for compliance with the local laws of that jurisdiction, if and to the extent those local laws are applicable and do not conflict with U.S. Export Laws. If such laws conflict with U.S. Export Laws, you shall not access this Site or the Services found at this Site. The obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 22. COMPLIANCE WITH LOCAL LAWS

GoDaddy makes no representation or warranty that the content available on this Site or the Services found at this Site are appropriate in every country or jurisdiction, and access to this Site or the Services found at this Site from countries or jurisdictions where its content is illegal is prohibited. Users who choose to access this Site or the Services found at this Site are responsible for compliance with all local laws, rules and regulations.

## 23. GOVERNING LAW; JURISDICTION; VENUE; WAIVER OF TRIAL BY JURY

Except for disputes governed by the Uniform Domain Name Dispute Resolution Policy referenced above and available here, this Agreement shall be governed by and construed in accordance with the federal law of the United States and the state law of Arizona, whichever is applicable, without regard to conflict of laws principles. You agree that any action relating to or arising out of this Agreement shall be brought in the state or federal courts of Maricopa County, Arizona, and you hereby consent to (and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to) jurisdiction and venue in the state and federal courts of Maricopa County, Arizona. You agree to waive the right to trial by jury in any action or proceeding that takes place relating to or arising out of this Agreement.

## 24. TITLES AND HEADINGS; INDEPENDENT COVENANTS; SEVERABILITY

The titles and headings of this Agreement are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein. Each covenant and agreement in this Agreement shall be construed for all purposes to be a separate and independent covenant or agreement. If a court of competent jurisdiction holds any provision (or portion of a provision) of this Agreement to be illegal, invalid, or otherwise unenforceable, the remaining provisions (or portions of provisions) of this Agreement shall not be affected thereby and shall be found to be valid and enforceable to the fullest extent permitted by law.

## 25. CONTACT INFORMATION

If you have any questions about this Agreement, please contact us by email or regular mail at the following address:

GoDaddy Legal Department
14455 North Hayden Rd.
Suite 219
Scottsdale, AZ 85260
legal@godaddy.com

4/27/15
© 2005-2015 GoDaddy.com, LLC

Archived by: Carolee J Elliott (celliott), 2015-04-27 2:11:29 PM